```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :    05-cr-538 (JSR)
        -v-                         :
                                    :    ORDER
FRANZ GOLDING,                      :
                                    :
                Defendant.          :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Now before the Court is defendant Franz Golding's pro se motion for compassionate release. ECF 218.

Having considered the arguments set forth in Golding's motion, the Court believes that appointment of counsel would aid the Court in assessing Golding's request for relief. Accordingly, the representation of Golding in the above-captioned matter is assigned to the C.J.A. attorney on duty today, March 1, 2022, Patricia Pileggi, for the purposes of supplementing, if deemed necessary, Golding's pro se motion for compassionate release.

Counsel for the defense and the Government are directed to jointly call Chambers on or before Thursday, March 9, 2021 at 4:00 p.m. to set a briefing schedule for the motion.

SO ORDERED

Dated: New York, NY
       March 1, 2022

_____
JED S. RAKOFF, U.S.D.J.

1