UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>FRANZ GOLDING,<br><br>Defendant. | 05-cr-538 (JSR)<br><u>ORDER</u> |

JED S. RAKOFF, U.S.D.J.:

This Court is in receipt of a <u>pro se</u> motion by defendant Franz Golding filed pursuant to 18 U.S.C. § 3582(c)(1)(A) for a reduction in sentence, based primarily on his young age at the time of offense and his post-conviction rehabilitation. However, this Court already reduced Golding's sentence by 10% based on these circumstances. <u>See</u> <u>United States v. Golding</u>, No. 05-CR-538 (JSR), 2022 WL 2985014 (S.D.N.Y. July 27, 2022). Golding's papers do not add anything material to the reasons that led the prior reduction. The motion is therefore denied.

SO ORDERED.

New York, NY
January 27, 2025

JED S. RAKOFF, U.S.D.J.

1